**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

Consolidated Case Nos. 01-60543, 01-60544, 01-60545,
01-60546, 01-60547, 01-60548, 01-60549, 01-60550,
01-60551, 01-60552, 01-60553, 01-60554, 01-60555, 01-60556

_____


BANK ONE, N.A.,

Plaintiff-Appellee,

versus

WILLIE QUINN, JAMES BIRDSONG, ANNIE WHEELER, ROBERT JACKSON, PERCY
CATCHINGS, RICKY DILLON, QUAKO CURTIS, MARGARETTA LOFTON, ELOISE
TILLIS, JAMES TILLIS, DAIRY STRICKLAND, TRENTICE WILSON, WILLIE
MCRUNNELS, GERTRUDE MILLER, AND RUBY HARRINGTON

Defendants-Appellants.


_____

Appeals from the United States District Court
for the Southern District of Mississippi
(3:01-CV-65-BN)
_____

July 18, 2002

Before WIENER, E. GARZA, and PARKER, Circuit Judges.

PER CURIAM[1]:

Appellants challenge the district court's rulings granting

Bank One's motions to compel arbitration and denying their motions

for abstention and dismissal, discovery, and a jury trial.  These

cases are indistinguishable from those that we reviewed and ruled

_____

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1

on in the related cases of <u>Bank One, N.A. v. Boyd</u>[2] and <u>Bank One, N.A. v. Lake</u>.[3] For essentially the same reasons that are set forth in our opinion in <u>Boyd</u> and in the district court's opinion in <u>Bank One, N.A. v. Coates</u>,[4] the judgments of the district court in these cases are, in all respects,

AFFIRMED.

---

[2] 288 F.3d 181 (5th Cir. 2002).

[3] No. 01-60051 (5th Cir. April 5, 2002) (unpublished).

[4] 125 F.Supp.2d 819 (S.D. Miss. 2001).